IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOFERS LOCAL NO. 30 COMBINED PENSION FUND; BOARD OF TRUSTEES, ROOFERS LOCAL NO. 30 COMBINED PENSION FUND; and MICHAEL O'MALLEY, in his fiduciary capacity, Plaintiffs, v. D.A. NOLT, INC., Defendant. | CIVIL ACTION No. 09-1445 |

**ORDER**

**AND NOW**, this 25th day of August, 2010, upon consideration of Plaintiffs' Motion for Reconsideration (Doc. No. 30), and the Response and Reply thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**. It is **FURTHER ORDERED** that Defendant's request for an award of attorneys' fees and costs incurred in connection with the instant action is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE